Form B1 (Official Form 1) - (Rev. 1/08)  2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>JENNINGS, PATRICIA LYNN | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>MICHAELS, PATRICIA JENNINGS | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 3183 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br><br>19964 Nowata Road, Apple Valley, CA<br><br>ZIP CODE 92307 | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br><br>San Bernardino | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| Type of Debtor (Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed<br>(Check one box.) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7   ☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9   ☐ Chapter 12<br>■ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check **one** box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box.)<br><br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors: |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) |

**Statistical/Administrative Information**

| | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Form B1 (Official Form 1) (Rev. 1/08)                                          2008 USBC, Central District of California

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):                                    FORM B1, Page 2 |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:  None | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

❑      Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X /s/Teresa A. Blasberg _____
    Signature of Attorney for Debtor(s)                  Date

</td>
</tr>
<tr>
<td>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

❑ Yes, and Exhibit C is attached and made a part of this petition.

■ No

</td>
<td>

**Exhibit D**
(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

</td>
</tr>
</table>

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>❑  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>❑  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.* |
|---|
| ❑  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>❑  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>❑  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>❑  Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)). |

Form B1 (Official Form 1) (Rev. 1/08)                                                                2008 USBC, Central District of California

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>JENNINGS, PATRICIA LYNN | FORM B1, Page 3 |
|---|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/Patricia Jennings
   Signature of Debtor

X
   Signature of Joint Debtor

   Telephone Number (If not represented by attorney)
   8/20/08
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

❑  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

❑  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
   (Signature of Foreign Representative)

   (Printed Name of Foreign Representative)

   Date

### Signature of Attorney

X  /s/Teresa A. Blasberg
   Signature of Attorney for Debtor(s)
   Teresa A. Blasberg
   Printed Name of Attorney for Debtor(s)
   Blasberg & Associates
   Firm Name
   526 N. Juanita Ave
   Address
   Los Angeles, CA 90004
   (213) 239-0364
   Telephone Number
   8/20/08      105473
   Date         Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

   Printed Name and title, if any, of Bankruptcy Petition Preparer

   Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

   Address

X
                    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
   Signature of Authorized Individual

   Printed Name of Authorized Individual

   Title of Authorized Individual

   Date

Official Form 1- Exhibit D (Rev 10/06) page 1                                    2006 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:  JENNINGS, PATRICIA LYNN<br><div align="right">Debtor(s).</div> | CHAPTER:  13<br>CASE NO.: |

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■   1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed*.

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.].* _____

_____

_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1- Exhibit D (Rev 10/06) page 2 2006 USBC, Central District of California

☐  4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

    ☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐   Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/Patricia Jennings

Date:   8/20/08

2

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

Not applicable

3. (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

Not applicable

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

Not applicable

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Apple Valley___, California.          /s/Patricia Jennings

                                                     *Debtor*

Dated ___8/20/08___

                                                     *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*

# F 1015-2.1

B 201 - Notice of Available Chapters (Rev. 04/06)                                    USBC, Central District of California

Name: Teresa A. Blasberg (#105473)

Address: 526 N. Juanita Ave

Los Angeles, CA  90004

Telephone: (213) 239-0364          Fax: (323) 661-2940

■ Attorney for Debtor
☐ Debtor in Pro Per

<table>
<tr><td colspan="2"><strong>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</strong></td></tr>
<tr><td>List all names including trade names, used by Debtor(s) within last 8 years:<br><br>PATRICIA LYNN JENNINGS<br>fka Patricia Jennings Michaels</td><td>Case No.:</td></tr>
<tr><td></td><td><strong>NOTICE OF AVAILABLE CHAPTERS</strong><br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code)</td></tr>
</table>

In accordance with § 342(b) of the Bankruptcy Code, this notice:  (1)  Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.  You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

**1.  Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**.  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.

**2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 04/06)                                            USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X _____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Patricia Jennings _____        X _____        8/17/08

Printed Name(s) of Debtor(s)                                                  Signature of Debtor                                Date

Case No. (if known) _____        X _____

                                                                                      Signature of Joint Debtor (if any)                        Date

Form B6 - Summary (12/07)                                                    2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| | |
|---|---|
| In re<br>PATRICIA LYNN JENNINGS      Debtor. | Case No.:<br>(If known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | YES | 1 | $ 270,000 | | |
| B- | Personal Property | YES | 4 | $ 154,462 | | |
| C- | Property Claimed as Exempt | YES | 1 | | | |
| D- | Creditors Holding Secured Claims | YES | 1 | | $ 266,596 | |
| E- | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0 | |
| F- | Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 162,020 | |
| G- | Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H- | Codebtors | YES | 1 | | | |
| I- | Current Income of Individual Debtor(s) | YES | 1 | | | $ 6,619 |
| J- | Current Expenditures of Individual Debtors(s) | YES | 2 | | | $ 5,563 |
| | TOTAL | | 17 | $ 424,462 | $ 428,616 | |

Official Form B6 - Statistical Summary  (12/07)                                          2007 USBC, Central District of California

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **CENTRAL DISTRICT OF CALIFORNIA** | |
| In re | CHAPTER: 13 |
| PATRICIA LYNN JENNINGS                                   Debtor(s). | CASE NO.: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $                          0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $                          0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $                          0 |
| Student Loan Obligations (from Schedule F) | $               162,020 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $                          0 |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $                          0 |
| TOTAL | $                          0 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $               6619 |
| Average Expenses (from Schedule J, Line 18) | $               5563 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $               8,425 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $                 0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $           0 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $                 0 |
| 4. Total from Schedule F | | $        162,020 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $        162,020 |

Form B6A (12/07)

2007 USBC, Central District of California

In re

PATRICIA LYNN JENNINGS

Debtor.

Case No.:

(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence located at 19964 Nowata Road Apple Valley, California 92307 San Bernardino County Parcel # 3112 165 01 | Fee simple | | $270,000 | $256,500 |
| | | Total  ➤ | 270,000 | |

(Report also on Summary of Schedules.)

| In re | | Case No.: |
|---|---|---|
| PATRICIA LYNN JENNINGS | | |
| | Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home stead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Bank XXX-XXX 5473 XXX-XXX 2558  See also Attachment B-2 | | 52,717 455 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture, DVD player, TV | | 2,500 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Used books, tabletop CD player, CD player alarm clock | | 500 |
| 6. Wearing apparel. | | Personal clothing and shoes | | 1,800 |
| 7. Furs and jewelry. | | Diamond engagement ring, gold wedding band, diamond earrings and solitaire pendant (all less than 1 carat), pearl earrings | | 2,300 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Pilates Machine and Casio Digital Camera | | 859 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | | Ameriprise Financial - TSI 70100 Ameriprise Financial Center Minneapolis, MN 55474 | | 17,855 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | | | |

| In re | | Case No.: | |
|---|---|---|---|
| PATRICIA LYNN JENNINGS | Debtor. | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | California State Teachers Retirement (STRS) | | 25,776 |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. | Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim for damages against EdFund and related entities for breach of various agreements, including rights of setoff against EdFund's claim | | 35,000 (estimated) |
| 22. | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

| In re | | Case No.: | |
|---|---|---|---|
| PATRICIA LYNN JENNINGS | Debtor. | | (If known) |

# SCHEDULE B -PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 24. | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. | Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Mercedes C240 | | 12,850 |
| 26. | Boats, motors, and accessories. | X | | | |
| 27. | Aircraft and accessories. | X | | | |
| 28. | Office equipment, furnishings, and supplies. | | bookcases and desk | | 350 |
| 29. | Machinery, fixtures, equipment, and supplies used in business. | | computer, printer, and router | | 1,500 |
| 30. | Inventory. | X | | | |
| 31. | Animals. | X | | | |
| 32. | Crops - growing or harvested. Give particulars. | X | | | |
| 33. | Farming equipment and implements. | X | | | |
| 34. | Farm supplies, chemicals, and feed. | X | | | |
| 35. | Other personal property of any kind not already listed. Itemize. | X | | | |

___1___ continuation sheets attached          Total ➤          $          154,462

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Attachment B-2

The Debtor is a joint account holder with her adult child on the following Wells Fargo Bank accounts:

XXX-XXX 2541 (current balance =  $1,791)
XXX-XXX 5465 (current balance =    $424)

All deposits the Debtor has made to these accounts were gifts, and therefore the funds currently on deposit do not belong to the Debtor.

Form B6C - (10/05)                                                    2005 USBC, Central District of California

| In re | Case No.: |
|---|---|
| PATRICIA LYNN JENNINGS             Debtor. | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)

❏  11 U.S.C. § 522(b)(2)

☒  11 U.S.C. § 522(b)(3)

❏  Check if debtor claims a homestead exemption that exceeds $125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence at 19964 Nowata Rd., Apple Valley, CA 90242 and proceeds thereof | CCP §704.730 | $50,000 | $270,000 |
| Paid earnings in a deposit account | CCP §704.070 | $455 | $455 |
| Household furnishings, appliances, provisions, wearing apparel and other personal effects | CCP §704.020 | $5,659 | $5,659 |
| Furs and jewelry | CCP §704.040 | $2,300 | $2,300 |
| Office furniture, computer, printer and router | CCP §704.060 | $1,850 | $1,850 |
| Ameriprise Financial - TSI annuity | CCP §704.115 | $17,855 | $17,955 |
| California State Teachers Retirement pension | CCP §704.110 | $25,776 | $25,776 |
| Tools of the trade | CCP §704.060 | $1,850 | $1,850 |
| 2002 Mercedes C240 | CCP §704.010 | $2,550 | $12,850 |

| In re | |
|---|---|
| PATRICIA LYNN JENNINGS | Case No.: |
| Debtor. | (If known) |

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  First Mortgage Corp. 3230 Fallow Field Dr. Diamond Bar, CA  91765 | | | First priority lien; single family residence located at 19964 Nowata Road Apple Valley, CA 92307 APN # 3112 165 01 8/8/08 (refinance)  Value $  270,000 | | | | 256,500 | |
| Last four digits of ACCOUNT NO.  1878  CarMax Auto Finance P.O. Box 3174 Milwaukee, WI 53201 | | | 2002 Mercedes C240    Value $ 12,850 | | | | 10,096 | |
| Last four digits of ACCOUNT NO.  | | | Value $ | | | | | |

_0_ Continuation Sheets attached

| | | Subtotal (Total of this page) ➤ | $    266,596 | |
|---|---|---|---|---|
| | | Total (Use only last page) ➤ | $    266,596 | |
| | | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

| In re | | |
|---|---|---|
| PATRICIA LYNN JENNINGS | | Case No.: |
| | Debtor. | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**: Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**: Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**: Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**: Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**: Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**: Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

Form B6E - (Rev. 12/07)

Case 6:08-bk-21138-MJ    Doc 1    Filed 08/27/08    Entered 08/27/08 10:38:09    Desc
Main Document    Page 20 of 60
2007 USBC, Central District of California

In re _____    Case No.: _____
PATRICIA LYNN JENNINGS
_____                                (If known)
                                        Debtor.

☐  **Taxes and Certain Other Debts Owed to Governmental Units**:  Taxes, customs duties, and penalties owing to federal, state, and
   local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**:  Claims based on commitments to the FDIC, RTC,
   Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their
   predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**:  Claims for death or personal injury resulting from the operation
   of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

  *Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the
date of adjustment.

_____0_____   Continuation Sheets attached

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| PATRICIA LYNN JENNINGS | |
| Debtor. | (If known) |

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  6655 <br><br>EdFund <br>P.O. Box 419033 <br>Rancho Cordova, CA 95741 | | | 4/96 SMART Loan consolidation loan; subject to setoff | | | X | 162,020 |
| Last four digits of ACCOUNT NO. <br><br>Premiere Credit of North America <br>2002 N. Wellesley Blvd., Suite 100 <br>Indianapolis, IN 46219 | | | | | | | NOTICE ONLY |
| Last four digits of ACCOUNT NO. <br><br>Department of Treasury Financial Management Service <br>P.O. Box 1686 <br>Birmingham, AL 35201 | | | | | | | NOTICE ONLY |
| Last four digits of ACCOUNT NO. <br><br>Franchise Tax Board, State of California <br>P.O. Box 94287 <br>Sacramento, CA 94267 | | | | | | | NOTICE ONLY |

Subtotal ➤  $    162,020

  2  Continuation Sheets attached

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on
the Statistical Summary of Certain Liabilities and Related Data.)  ➤  $

**Form B6F (Official Form 6F) - (Rev. 12/07)**

| In re | Case No.: |
|---|---|
| PATRICIA LYNN JENNINGS | |
| Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>California Student Aid Commission<br>P.O. Box 419026<br>Rancho Cordova, CA 95471 | | | | | | | NOTICE ONLY |
| Last four digits of ACCOUNT NO.<br><br>Sallie Mae, Inc.<br>P.O. Box 9500<br>Wilkes-Barre, PA 18773 | | | | | | | NOTICE ONLY |
| Last four digits of ACCOUNT NO.<br><br>Van Ru Credit Corp.<br>1350 E. Touhy Ave, Suite 300E<br>Des Plaines, IL 60018 | | | | | | | NOTICE ONLY |
| Last four digits of ACCOUNT NO.<br><br>NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 | | | | | | | NOTICE ONLY |

Sheet no. _1_ of _2_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $                    0

**Total**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)** ➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | | Case No.: | |
|---|---|---|---|
| PATRICIA LYNN JENNINGS | | | |
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Department of Education<br>400 Maryland Ave SW<br>Washington, DC 20202 | | | | | | | NOTICE ONLY |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

Sheet no. _2_ of _2_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | | |
|---|---|---|---|
| Subtotal ➤ | $ | | 0 |
| **Total** (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | | 162,020 |

**Form B6G - (12/07)**                                                    **2007 USBC, Central District of California**

| In re | | Case No.: |
|---|---|---|
| PATRICIA LYNN JENNINGS | Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If   a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**Form B6H - (12/07)**                                    **2007 USBC, Central District of California**

| In re | Case No.: |
|---|---|
| PATRICIA LYNN JENNINGS          Debtor. | (If known) |

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

| In re | | |
|---|---|---|
| PATRICIA LYNN JENNINGS | Debtor. | Case No.: (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Community College Instrutor/LMFT | |
| Name of Employer | Victor Valley College | |
| How Long Employed | 7.5 years | |
| Address of Employer | 18422 Bear Valley Road, Victorville, CA 92395 | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 6392 | $ |
| 2. | Estimate monthly overtime | $ 0 | $ |
| 3. | **SUBTOTAL** | $ 6392 | $ |
| 4. | **LESS PAYROLL DEDUCTIONS** | | |
| | a.  Payroll taxes and social security | $ 1251 | $ |
| | b.  Insurance | $ 117 | $ |
| | c.  Union dues | $ 85 | $ |
| | d.  Other (specify) Medicare($94) TSI($300) STRS($521) | $ 915 | $ |
| 5. | **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 2368 | $ |
| 6. | **TOTAL NET MONTHLY TAKE HOME PAY** | $ 4024 | $ |
| 7. | Regular income from operation of business or profession or farm (attach detailed statement) | $ 2500 | $ |
| 8. | Income from real property | $ 0 | $ |
| 9. | Interest and dividends | $ 52 | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ |
| 11. | Social security or other government assistance (Specify) _____ | $ 0 | $ |
| 12. | Pension or retirement income | $ 0 | $ |
| 13. | Other monthly income (Specify) California BBS Exam Development Workshops | $ 43 | $ |
| 14. | **SUBTOTAL OF LINES 7 THROUGH 13** | $ 2595 | $ |
| 15. | **AVERAGE MONTHLY INCOME:** (Add amounts shown on lines 6 and 14) | $ 6619 | $ |
| 16. | **COMBINED AVERAGE MONTHLY INCOME** (Combine column totals from line 15) | | $ 6619 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

There will be a step/class increase of 5150 for the academic year 2008-2009 ; however, I will no longer be Department chair which was calculated into the above ($4750) total. Summer contracts are not guaranteed; total calculated ($10,437) into above.

| In re | | Case No.: |
|---|---|---|
| PATRICIA LYNN JENNINGS | Debtor. | (If known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home) — $ 2184

   a. Are real estate taxes included?    Yes __X__    No _____
   b. Is property insurance included?    Yes __X__    No _____

2. Utilities:  a.  Electricity and heating fuel — $ 224
          b.  Water and sewer — $ 112
          c.  Telephone — $ 114
          d.  Other ____cable____ — $ 72
3. Home maintenance (repairs and upkeep) — $ 275
4. Food — $ 375
5. Clothing — $ 100
6. Laundry and dry cleaning — $ 35
7. Medical and dental expenses — $ 40
8. Transportation (not including car payments) — $ 220
9. Recreation, clubs and entertainment, newspapers, magazines, etc. — $ 50
10. Charitable contributions — $ 23
11. Insurance (not deducted from wages or included in home mortgage payments)
          a.  Homeowner's or renter's — $ 0
          b.  Life — $ 348
          c.  Health — $ 0
          d.  Auto — $ 96
          e.  Other __TSI Loan__ — $ 23
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify)  income and self-employment taxes related to work as independent contractor (therapist) — $ 430
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
          a.  Auto — $ 280
          b.  Other _____ — $ 0
          c.  Other _____ — $ 0
14. Alimony, maintenance, and support paid to others — $ 0
15. Payments for support of additional dependents not living at your home — $ 0
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) — $ 562
17. Other _____ — $ 0

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17, Report also on Summary of Schedules and, If applicable, on the Statistical Summary of Certain Liabilities and Related Data.) — $ 5563

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: _____

20. STATEMENT OF MONTHLY NET INCOME
    a.  Total monthly income from Line 15 of Schedule I — $ 6619
    b.  Total monthly expenses from Line 18 above — $ 5563
    c.  Monthly net income (a. minus b.) — $ 1056

In re Patricia Lynn Jennings

Attachment J-16

<u>Business Expense Detail</u>

| | |
|---|---:|
| Legal | 200 |
| Office Expense | 10 |
| Tax and License | 6 |
| Travel | 77 |
| Professional Associations | 12 |
| Malpractice Insurance | 10 |
| Telephone | 130 |
| Accounting | 8 |
| Workshops/Books | 109 |
| Total | 562 |

| In re | | Case No.: |
|---|---|---|
| PATRICIA LYNN JENNINGS | | (If known) |
| | Debtor. | |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____19_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __8/20/08__    Signature: __/s/Patricia Jennings__
                                                    Debtor

Date _____    Signature: _____
                                                    (Joint Debtor, if any)
                                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No.
                                                                                                                         *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.    (Total shown on summary page plus 1.)

Date _____    Signature: _____

                                                    _____
                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Case No.: |
|---|---|
| PATRICIA LYNN JENNINGS                    Debtor. | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

# Definitions

**"In business."**  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

**"Insider."**  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

1.    **Income from Employment or Operation of Business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2008 year-to-date - $73,132 | Employment and consulting |
| 2007 -  $97,303 | |
| 2006 - $91,560 | |

**2.    Income Other than from Employment or Operation of Business**

None    State the amount of income received by the debtor other than from employment, trade, profession, operation of the
☐       debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If
        a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter
        13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and
        a joint petition is not filed.)

|                    AMOUNT    |    SOURCE    |
|---|---|
|     | Interest on savings |
| $2,953 - calendar 2007 |  |
| $1,707 - calendar 2006 |  |

---

**3.    Payments to Creditors**

*Complete a. or b., as appropriate, and c.*

None    a.    Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of
☐             goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement
              of this case if the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
              Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation
              or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor
              counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
              spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Chase Home Finance | 8/8/08 | $265,933 | $0 |
| P.O. Box 78116 |  |  |  |
| Phoenix, AZ  85062 |  |  |  |
| (refinance of home mortgage) |  |  |  |

The debtor pays all credit card charges in full in the month incurred, including during the last 90 days.

---

None    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
☐             within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property
              that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an
              asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of
              an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.
              (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both
              spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
|  |  |  |  |

**Statement of Financial Affairs (Form 7) - Page 3 - (Rev. 12/07)**             **2007 USBC, Central District of California**

None ■ c.   All debtors:  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

---

**4.     Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

None ☐ a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

---

None ☐ b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

---

**5.     Repossessions, Foreclosures and Returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
■       of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
        (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.     Assignments and Receiverships**

None    a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
■            commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment
             by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
             petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None    b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
■            immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
             must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
             the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.    Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case
■     except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
      and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or
      chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
      the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.    Losses

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
■     of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must
      include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
      a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.    Payments Related to Debt Counseling or Bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐     consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
      within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Teresa A. Blasberg<br>Blasberg & Associates<br>526 N. Juanita Ave<br>Los Angeles, CA  90004 | 3/08 | $4,000 |
| Allen Credit & Debt Counseling<br>P.O. Box 195<br>Wessington, SD  57381 | 5/3/08 | $50 |

Statement of Financial Affairs (Form 7) - Page 6 - (Rev. 12/07)                                    2007 USBC, Central District of California

## 10.    Other Transfers

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of
☐            the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement
            of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both
            spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| First Mortgage Corporation<br>3230 Fallow Field Dr.<br>Diamond Bar, CA  91765 | 8/8/08 | First priority lien granted to secure refinancing loan against the Debtor's principal residence |

None    b.    List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
■            to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| | | |

## 11.    Closed Financial Accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
■        closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include
        checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
        held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
        institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
        instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| | | |

## 12.    Safe Deposit Boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.    Setoffs

None ☐   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| U.S. Department of Education<br>c/o EdFund, a service of the Califonia Student<br>   Aid Commision<br>P.O. Box 419033<br>Rancho Cordova, CA 95741-9033 | 7/4/08 | $325.95 |

## 14.    Property Held for Another Person

None ☑   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 8 - (Rev. 12/07)          **2007 USBC, Central District of California**

**15.     Prior Address of Debtor**

None   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which
■    the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is  filed,
      report also any separate address of either spouse.

   ADDRESS                         NAME USED                        DATES OF OCCUPANCY


**16.     Spouses and Former Spouses**

None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☐      California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
       immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former
       spouse who resides or resided with the debtor in the community property state.

       NAME

   Michael George Michaels (deceased former spouse)


**17.     Environmental Information**

       For the purpose of this question, the following definitions apply:

       "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
       releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
       other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
       or material.

       "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
       formerly owned or operated by the debtor, including, but not limited to, disposal sites.

       "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
       hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit
■          that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental
           unit, the date of the notice, and, if known, the Environmental Law:

       SITE NAME              NAME AND ADDRESS          DATE OF          ENVIRONMENTAL
       AND ADDRESS            OF GOVERNMENTAL UNIT      NOTICE           LAW

Statement of Financial Affairs (Form 7) - Page 9 - (Rev. 12/07)                    2007 USBC, Central District of California

None    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release
☐        of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☐        respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
         was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

18.    **Nature, Location and Name of Business**

None    a.    *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☐        and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
         executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession,
         or other activity either full- or part-time within **six years** immediately preceding the commencement of this case,
         or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately
         preceding the commencement of this case.

         *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
         and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
         of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

         *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
         and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
         of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN¹ OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Patricia Jennings | 3183 | 9327 Fairway View Plaza, Rancho Cucamonga, CA 91730 | Licensed Marriage and Family Therapist | 1995 - present |

Statement of Financial Affairs (Form 7) - Page 10 - (Rev. 12/07)                    2007 USBC, Central District of California

None    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as    defined
■          in 11 U.S.C. § 101.

     NAME                                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.    Books, Records and Financial Statements**

None    a.    List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy
☐          case kept or supervised the keeping of books of account and records of the debtor.

     NAME AND ADDRESS                                    DATES SERVICES RENDERED

Ron Corder                                              1995-present
3542 Purdue Ave
Los Angeles, CA 90066

---

None    b.    List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have
■          audited the books of account and records, or prepared a financial statement of the debtor.

     NAME                          ADDRESS                  DATES SERVICES RENDERED

---

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of
☐          account and records of the debtor. If any of the books of account and records are not available, explain.

     NAME                                                ADDRESS

Ron Corder                                              1995-present
3542 Purdue Ave
Los Angeles, CA 90066

None   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐        financial statement was issued by the debtor within **two years** immediately preceding the commencement of this
          case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| First Mortgage Corporation | 7/08 |
| 3230 Fallow Field Drive | |
| Diamond Bar, CA  91765 | |

---

**20.**    **Inventories**

None   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
■      of each inventory, and the dollar amount and basis of each inventory.

| | | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | |

---

None   b.  List the name and address of the person having possession of the records of each of the inventories reported
■      in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21.**    **Current Partners, Officers, Directors and Shareholders**

None   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
■      partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

---

None ■  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

**22.     Former Partners, Officers, Directors and Shareholders**

None ■  a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

---

None ■  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23.     Withdrawals from a Partnership or Distributions by a Corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

Statement of Financial Affairs (Form 7) - Page 13 - (Rev. 12/07)                2007 USBC, Central District of California

**24.  Tax Consolidation Group.**

None     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
■        consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
         preceding the commencement of the case.

         NAME OF PARENT CORPORATION                               TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.  Pension Funds.**

None     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which
■        the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding
         the commencement of the case.

         NAME OF PENSION FUND                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

●  ●  ●  ●  ●  ●  ●  ●  ●

Statement of Financial Affairs (Form 7) - Page 14 - (Rev. 12/07)                    2007 USBC, Central District of California

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _8/20/08_____          Signature   /s/Patricia Jennings_____
                                                          *Debtor*

Date _____          Signature   _____
                                                          *Joint Debtor (if any)*

---------------------------------------------------------------------------------------------------------

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature   _____

                                                          _____
                                                          Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____0_____ continuation sheets added

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---------------------------------------------------------------------------------------------------------

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1)  I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)  I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Complete Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

_____          _____
*Signature of Bankruptcy Petition Preparer*                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document if the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| PATRICIA LYNN JENNINGS | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $_____4,000

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $_____4,000

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $_____0

2. The source of the compensation paid to me was:

   ❑ Debtor        ❑ Other *(specify)*

3. The source of compensation to be paid to me is:

   ❑ Debtor        ❑ Other *(specify)*

4. ∎ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ❑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].

   Services to be rendered are governed by the Chapter 13 Rights and Responsibilities Agreement between the Debtor and the undersigned.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

Services to be rendered are governed by the Chapter 13 Rights and Responsibilities Agreement
between the Debtor and the undersigned.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

8/20/08
_____
*Date*

/s/Teresa A. Blasberg
_____
*Signature of Attorney*

Blasberg & Associates
_____
*Name of Law Firm*

February 2006                                                          2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re | CHAPTER: 13 |
|---|---|
| PATRICIA LYNN JENNINGS <div align=right>Debtor(s).</div> | CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, _Patricia Lynn Jennings_____, the debtor in this case, declare under penalty
*(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

■ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
*(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  _8/20/08_____     Signature  _/s/Patricia Jennings_____
                                                               *Debtor*

Date  _____     Signature  _____
                                                               *Joint Debtor (if any)*

ELECTRONIC FUND TRANSFER
00968135

| EMPLOYEE NAME / SOCIAL SECURITY NUMBER | SCHOOL DISTRICT / PAY LOCATION | | FED | STATE | ISSUE DATE | PERIOD ENDING |
|---|---|---|---|---|---|---|
| ATRICIA L JENNINGS | Victor Valley Comm. College | | S 1 | S 1 | 080108 | 073108 |
| XXXX3183 | ELECTRONIC CHECK | | | | | |

### LEAVE / EARNINGS

| SICK | VAC | TYPE | SALARY | RATE | UNITS |
|---|---|---|---|---|---|
| 43000 | | SUMR | 521850 | 521850 | 100 |

### EMPLOYEE DEDUCTIONS

| DESCRIPTION | TYPE | AMOUNT | EMPLOYER CONTRIB. |
|---|---|---|---|
| FEDERAL TAX | TAX | 69516 | |
| STATE TAX | TAX | 18535 | |
| MEDICARE | TAX | 7567 | 7567 |
| STRS NTX | *RET | 41748 | |
| STRS | RET | | 43053 |
| POS BLUE CROSS SC | *HW | | 58862 |
| DELTA PPO (SCSEBA | *HW | | 7350 |
| ING LIFE INSURANC | *HW | | 808 |
| MES VISION-SCSEBA | *HW | | 1475 |
| | | | |
| TOTAL EMPLOYER | | | 119115 |

| TOTAL GROSS | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 521850 | 480102 | 95618 | 384484 |
| * PRETAX DEDUCT. | 41748 | | |

### YEAR-TO-DATE TOTALS

| CAFETERIA | RET B/O | ARS | SDI | DNP |
|---|---|---|---|---|
| 26208 | | | | |

| GROSS | TAX SHELTER | TAX. GROSS | VOL DEDS | FEDERAL TAX | STATE TAX | RET/SB | FICA | MEDICARE | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 5209658 | 180000 | 4586680 | 179250 | 742594 | 217395 | 416770 | | 751663 | 3372278 |

San Bernardino County Superintendent of Schools
BY ORDER OF THE GOVERNING BOARD OF SCHOOL DISTRICT:

ELECTRONIC CHECK
Victor Valley Comm. College
18422 Bear Valley Road
Victorville CA 92395

CLEARED THROUGH BANK OF AMERICA
SOUTHERN CALIFORNIA
GOVERNMENT SERVICE DIVISION #1431
SAN BERNARDINO, CALIF 92410

| DATE ISSUED | | |
|---|---|---|
| MO | DAY | YR |
| 08 | 01 | 08 |

ELECTRONIC FUND TRANSFER
00968135

DEPOSITED TO THE ACCOUNT OF



# THIS IS NOT A WARRANT

## NON-NEGOTIABLE

PATRICIA L JENNINGS
19964 NOWATA ROAD
APPLE VALLEY CA 92307

HERBERT R. FISCHER, Ph.D.
County Superintendent of Schools

LARRY WALKER
Auditor/Controller-Recorder

| EMPLOYEE NAME / SOCIAL SECURITY NUMBER | SCHOOL / DEPT LOCATION | | | | | | |
|---|---|---|---|---|---|---|---|
| ATRICIA L JENNINGS | Victor Valley Comm. College | | FED | STAT | UE DATE | PERIOD ENDING | 00919402 |
| XXXX3183 | ELECTRONIC CHECK | | S 1 | S 1 | 070108 | 063008 | |

| LEAVE | | EARNINGS | | | | EMPLOYEE DEDUCTIONS | | | EMPLOYER CONTRIB. |
|---|---|---|---|---|---|---|---|---|---|
| SICK | VAC | TYPE | SALARY | RATE | UNITS | DESCRIPTION | TYPE | AMOUNT | |
| 35000 | | SUMR | 521850 | 521850 | 100 | FEDERAL TAX | TAX | 69516 | |
| | | | | | | STATE TAX | TAX | 18535 | |
| | | | | | | MEDICARE | TAX | 7567 | 7567 |
| | | | | | | STRS NTX | *RET | 41748 | |
| | | | | | | STRS | RET | | 43053 |
| | | | | | | POS BLUE CROSS SC | *HW | | 58862 |
| | | | | | | DELTA PPO (SCSEBA | *HW | | 7350 |
| | | | | | | ING LIFE INSURANC | *HW | | 808 |
| | | | | | | MES VISION-SCSEBA | *HW | | 1475 |
| | | | | | | TOTAL EMPLOYER | | | 119115 |

| TOTAL GROSS | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 521850 | 480102 | 95618 | 384484 |
| * PRETAX DEDUCT. | 41748 | | |

| AR-TO-DATE TOTALS | CAFETERIA | 26208 | RET B/O | | ARS | | SDI | | DNP | |
|---|---|---|---|---|---|---|---|---|---|---|
| GROSS | TAX SHELTER | TAX. GROSS | VOL DEDS | FEDERAL TAX | STATE TAX | RET/SB | FICA | MEDICARE | | NET PAY |
| 687808 | 180000 | 410657 8 | 179250 | 673078 | 198860 | 375022 | | 67596 | | 2987794 |

Bernardino County Superintendent of Schools
RDER OF THE GOVERNING BOARD OF SCHOOL DISTRICT:

ELECTRONIC CHECK
Victor Valley Comm. College
18422 Bear Valley Road
Victorville CA 92395

CLEARED THROUGH BANK OF AMERICA
SOUTHERN CALIFORNIA
GOVERNMENT SERVICE DIVISION #1431
SAN BERNARDINO, CALIF 92410

ELECTRONIC FUND TRANSFER
00919402

| DATE ISSUED | | |
|---|---|---|
| MO | DAY | YR |
| 07 | 01 | 08 |

DEPOSITED TO THE ACCOUNT OF

# THIS IS NOT A WARRANT

## NON-NEGOTIABLE

PATRICIA L JENNINGS
19964 NOWATA ROAD
APPLE VALLEY CA 92307



HERBERT R. FISCHER, Ph.D.
County Superintendent of Schools

LARRY WALKER
Auditor/Controller-Recorder

| EMPLOYEE NAME / SOCIAL SECURITY NUMBER | SCHOOL DISTRICT / PAY LOCATION | FED | STATE | ISSUE DATE | PERIOD ENDING |
|---|---|---|---|---|---|
| TRICIA L JENNINGS<br>XXX3183 | Victor Valley Comm. College<br>ELECTRONIC CHECK | S 1 | S 1 | 060108 | 053108 |

**00866479**

### LEAVE / EARNINGS

| SICK | VAC | TYPE | SALARY | RATE | UNITS |
|---|---|---|---|---|---|
| 5000 | | NML | 6139.70 | | |
| | | DPT2 | 2754.00 | 2754.00 | 1.00 |
| | | CASH | 11.23 | | |

### EMPLOYEE DEDUCTIONS

| DESCRIPTION | TYPE | AMOUNT | EMPLOYER CONTRIB. |
|---|---|---|---|
| FEDERAL TAX | TAX | 1457.12 | |
| STATE TAX | TAX | 468.38 | |
| MEDICARE | TAX | 128.49 | 128.49 |
| STRS NTX | *RET | 712.39 | |
| STRS | RET | | 734.66 |
| AMERICAN EXPRESS | *VOL | 300.00 | |
| CA HIGHER EDU ASS | VOL | 87.30 | |
| VVCC FACULTY ASSN | VOL | 15.00 | |
| CMPTR LOAN VVC#1 | VOL | 100.00 | |
| AMERICAN FIDELITY | *VOL | 43.68 | |
| AMER FIDELITY ASS | VOL | 38.45 | |
| PRUDENTIAL LIFE/K | VOL | 58.00 | |
| EYEMED VISION | HW | | 9.49 |
| HEALTH NET ELECT | *HW | | 601.22 |
| DELTA PPO-SCEET | HW | | 44.45 |
| STANDARD LIFE INS | HW | | 10.48 |
| TOTAL EMPLOYER | | | 1528.79 |

| TOTAL GROSS | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 8904.93 | 7848.86 | 2352.74 | 5496.12 |
| * PRETAX DEDUCT. | 1056.07 | | |

| YEAR-TO-DATE TOTALS | CAFETERIA | 262.08 | RET B/O | | ARS | | SDI | | DNP | |
|---|---|---|---|---|---|---|---|---|---|---|

| GROSS | TAX SHELTER | TAX. GROSS | VOL DEDS | FEDERAL TAX | STATE TAX | RET/SB | FICA | MEDICARE | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 41659.58 | 1800.00 | 36264.76 | 1792.50 | 6035.62 | 1803.25 | 3332.74 | | 600.29 | 26033.10 |

Bernardino County Superintendent of Schools
ORDER OF THE GOVERNING BOARD OF SCHOOL DISTRICT:

ELECTRONIC CHECK
Victor Valley Comm. College
18422 Bear Valley Road
Victorville CA 92395

CLEARED THROUGH BANK OF AMERICA
SOUTHERN CALIFORNIA
GOVERNMENT SERVICE DIVISION #1431
SAN BERNARDINO, CALIF 92410

ELECTRONIC FUND TRANSFER
**00866479**

| DATE ISSUED | | |
|---|---|---|
| MO | DAY | YR |
| 06 | 01 | 08 |

DEPOSITED TO THE ACCOUNT OF



## THIS IS NOT A WARRANT

## NON-NEGOTIABLE

PATRICIA L JENNINGS
19964 NOWATA ROAD
APPLE VALLEY CA 92307

HERBERT R. FISCHER, Ph.D.
County Superintendent of Schools

LARRY WALKER
Auditor/Controller-Recorder

SAN BERNARDINO COUNTY SUPERINTENDENT OF SCHOOLS    LEAVE AND EARNINGS STATEMENT    ELECTRONIC FUND TRANSFER

| EMPLOYEE NAME / SOCIAL SECURITY NUMBER | SCHOOL DISTRICT / PAY LOCATION | FED | STATE | ISSUE DATE | PERIOD ENDING |
|---|---|---|---|---|---|
| PATRICIA L JENNINGS | Victor Valley Comm. College | S 1 | S 1 | 05 01 08 | 04 30 08 |
| XXXX3183 | ELECTRONIC CHECK | | | 00813383 | |

| LEAVE | | EARNINGS | | | | EMPLOYEE DEDUCTIONS | | | EMPLOYER CONTRIB. |
|---|---|---|---|---|---|---|---|---|---|
| SICK | VAC | TYPE | SALARY | RATE | UNITS | DESCRIPTION | TYPE | AMOUNT | |
| 350 00 | | NML | 6139 70 | | | FEDERAL TAX | TAX | 1283 70 | |
| | | DPT2 | 2000 00 | 2000 00 | 1 00 | STATE TAX | TAX | 403 87 | |
| | | CASH | 11 23 | | | MEDICARE | TAX | 117 56 | 117 56 |
| | | | | | | STRS NTX | *RET | 652 07 | |
| | | | | | | STRS | RET | | 672 45 |
| | | | | | | AMERICAN EXPRESS | *VOL | 300 00 | |
| | | | | | | CA HIGHER EDU ASS | VOL | 87 30 | |
| | | | | | | VVCC FACULTY ASSN | VOL | 15 00 | |
| | | | | | | CMPTR LOAN VVC#1 | VOL | 100 00 | |
| | | | | | | AMERICAN FIDELITY | *VOL | 43 68 | |
| | | | | | | AMER FIDELITY ASS | VOL | 38 45 | |
| | | | | | | PRUDENTIAL LIFE/K | VOL | 58 00 | |
| | | | | | | EYEMED VISION | HW | | 9 49 |
| | | | | | | HEALTH NET ELECT | *HW | | 601 22 |
| | | | | | | DELTA PPO-SCEET | HW | | 44 45 |
| | | | | | | STANDARD LIFE INS | HW | | 10 48 |
| | | | | | | TOTAL EMPLOYER | | | 1455 65 |

| | TOTAL GROSS | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| | 8150 93 | 7155 18 | 2103 88 | 5051 30 |
| * PRETAX DEDUCT. | 995 75 | | | |

| | CAFETERIA | 218 40 | RET B/O | | ARS | | SDI | | DNP | |
|---|---|---|---|---|---|---|---|---|---|---|
| YEAR-TO-DATE TOTALS | | | | | | | | | | |
| GROSS | TAX SHELTER | TAX. GROSS | VOL DEDS | FEDERAL TAX | STATE TAX | RET/SB | FICA | MEDICARE | | NET PAY |
| 32754 65 | 1500 00 | 28415 90 | 1493 75 | 4578 50 | 1334 87 | 2620 35 | | 471 80 | | 20536 98 |

San Bernardino County Superintendent of Schools
TO ORDER OF THE GOVERNING BOARD OF SCHOOL DISTRICT:

ELECTRONIC CHECK
Victor Valley Comm. College
18422 Bear Valley Road
Victorville CA 92395

CLEARED THROUGH BANK OF AMERICA
SOUTHERN CALIFORNIA
GOVERNMENT SERVICE DIVISION #1431
SAN BERNARDINO, CALIF 92410

ELECTRONIC FUND TRANSFER

00813383

| DATE ISSUED | | |
|---|---|---|
| MO | DAY | YR |
| 05 | 01 | 08 |

DEPOSITED TO THE ACCOUNT OF



# THIS IS NOT A WARRANT

## NON-NEGOTIABLE

PATRICIA L JENNINGS
19964 NOWATA ROAD
APPLE VALLEY CA 92307

HERBERT R. FISCHER, Ph.D.
County Superintendent of Schools

LARRY WALKER
Auditor/Controller-Recorder

| EMPLOYEE NAME / SOCIAL SECURITY NUMBER | SCHOOL DISTRICT/ PAY LOCATION | | FED | STATE | ISSUE DATE | PERIOD ENDING |
|---|---|---|---|---|---|---|
| ATRICIA L JENNINGS | Victor Valley Comm. College | | S 1 | S 1 | 04 01 08 | 03 31 08 |
| XXXX3183 | ELECTRONIC CHECK | | | | | |

### LEAVE / EARNINGS

| SICK | VAC | TYPE | SALARY | RATE | UNITS |
|---|---|---|---|---|---|
| 36 00 | | NML | 6139 70 | | |
| | | CASH | 11 23 | | |

### EMPLOYEE DEDUCTIONS

| DESCRIPTION | TYPE | AMOUNT | EMPLOYER CONTRIB. |
|---|---|---|---|
| FEDERAL TAX | TAX | 823 70 | |
| STATE TAX | TAX | 232 75 | |
| MEDICARE | TAX | 88 56 | 88 56 |
| STRS NTX | *RET | 492 07 | |
| STRS | RET | | 507 45 |
| AMERICAN EXPRESS | *VOL | 300 00 | |
| CA HIGHER EDU ASS | VOL | 87 30 | |
| VVCC FACULTY ASSN | VOL | 15 00 | |
| CMPTR LOAN VVC#1 | VOL | 100 00 | |
| AMERICAN FIDELITY | *VOL | 43 68 | |
| AMER FIDELITY ASS | VOL | 38 45 | |
| PRUDENTIAL LIFE/K | VOL | 58 00 | |
| EYEMED VISION | HW | | 9 49 |
| HEALTH NET ELECT | *HW | | 601 22 |
| DELTA PPO-SCEET | HW | | 44 45 |
| STANDARD LIFE INS | HW | | 10 48 |
| TOTAL EMPLOYER | | | 1261 65 |

| | TOTAL GROSS | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| | 6150 93 | 5315 18 | 1443 76 | 3871 42 |
| * PRETAX DEDUCT. | 835 75 | | | |

### YEAR-TO-DATE TOTALS

| CAFETERIA | 174 72 | RET B/O | | ARS | | SDI | | DNP | |
|---|---|---|---|---|---|---|---|---|---|

| GROSS | TAX-SHELTER | TAX. GROSS | VOL. DEDS | FEDERAL TAX | STATE TAX | RET/SB | FICA | MEDICARE | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 24603 72 | 1200 00 | 21266 72 | 1195 00 | 3294 80 | 931 00 | 1968 28 | | 354 24 | 15485 68 |

---

San Bernardino County Superintendent of Schools
ORDER OF THE GOVERNING BOARD OF SCHOOL DISTRICT:

ELECTRONIC CHECK
Victor Valley Comm. College
18422 Bear Valley Road
Victorville CA 92395

CLEARED THROUGH BANK OF AMERICA
SOUTHERN CALIFORNIA
GOVERNMENT SERVICE DIVISION #1431
SAN BERNARDINO, CALIF 92410

**ELECTRONIC FUND TRANSFER**
00759695

| DATE ISSUED | | |
|---|---|---|
| MO | DAY | YR |
| 04 | 01 | 08 |

DEPOSITED TO THE ACCOUNT OF

## THIS IS NOT A WARRANT



## NON-NEGOTIABLE

PATRICIA L JENNINGS
19964 NOWATA ROAD
APPLE VALLEY CA 92307

HERBERT R. FISCHER, Ph.D.
County Superintendent of Schools

LARRY WALKER
Auditor/Controller-Recorder

Form B22C (Chapter13) - (04/07)                                                2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| PATRICIA LYNN JENNINGS    Debtor(s). | (If known) |

According to the calculations required by this statement:

☐ **The applicable commitment period is 3 years**
■ **The applicable commitment period is 5 years**
■ **Disposable income determined under § 1325(b)(3)**
☐ **Disposable income not determined under § 1325(b)(3)**

(Check the boxes as directed in Lines 17 and 23 of this statement)

# STATEMENT OF CURRENT MONTHLY INCOME AND
## CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME
## FOR USE IN CHAPTER 13

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| Part I. REPORT OF INCOME |||
|---|---|---|

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 1. | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** ||| 
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 2. | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $        6,392 | $ |
| 3. | **Income from the operation of a business, profession, or farm.  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  Do not enter a number less than zero.  Do not include any part of the business expenses entered on Line b as a deduction in Part IV.**<br><table><tr><td>a.</td><td>Gross receipts</td><td>$        2,543</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$        562</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $        1,981 | $ |
| 4. | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.**<br><table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $        0 | $ |
| 5. | **Interest, dividends, and royalties.** | $        52 | $ |
| 6. | **Pension and retirement income.** | $        0 | $ |
| 7. | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child or spousal support**.  Do not include amounts paid by the debtor's spouse. | $        0 | $ |
| 8. | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $_____0</td><td>Spouse $_____0</td></tr></table> | $        0 | $ |

| 9. | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | $ 0 | |
| | b | $ 0 | $ 0 | $ |

| 10. | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $ 8,425 | $ |
|---|---|---|---|

| 11. | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ 8,425 |
|---|---|---|

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12. | **Enter the amount from Line 11.** | 8,425 |
|---|---|---|
| 13. | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter the amount of the income listed in Line 10, Column A that was NOT paid on a regular basis for the household expenses of you or your dependents. Otherwise, enter zero. | 0 |
| 14. | **Subtract Line 13 from Line 12 and enter result.** | 8,425 |
| 15. | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $ 101,100 |
| 16. | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: ___California___   b. Enter debtor's household size: ____1____ | $ 46,814 |
| 17. | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.<br><br>■ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18. | **Enter the amount from Line 11.** | $ 8,425 |
|---|---|---|
| 19. | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter the amount of the income listed in Line 10, Column A that was NOT paid on a regular basis for the household expenses of you or your dependents. If you are unmarried or married and filing jointly with your spouse, enter zero. | $ 0 |
| 20. | **Current monthly income for § 1325 (b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ 8,425 |
| 21. | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ 101,100 |
| 22. | **Applicable median family income.** Enter the amount from line 16. | $ 46,814 |
| 23. | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325 (b)(3)" at the top of page 1 of this statement and complete the complete the remaining parts of this statement.<br><br>☐ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325 (b)(3)" at the top of page 1 of this statement and complete part VII of this statement. **Do not complete Part IV, V, or VI.** | |

| | **Part IV. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)** | |
|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |

| 24. | **National Standards: food, clothing, household supplies, personal care, and miscellaneous.** Enter the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | 507 |
|---|---|---|---|
| 25A. | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at  www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) | $ | 372 |

| 25B. | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at  www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debt secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B.  **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rent Expense | $ 1,034 | |
| | b. | Average Monthly payment for any debts secured by your home, if any, stated in Line 47 | $ 2,184 | |
| | c. | Net mortgage/rental expense. | Subtract Line b from Line a. | $ 0 |

| 26. | **Local Standards: housing and utilities; adjustment.**  If you contend that the process set out in Lines 25A and 25 B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:
_____
_____
_____ | $ | 0 |
|---|---|---|---|

| 27. | **Local Standards: transportation; vehicle operation/public transportation expense.**
You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.

Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7.  ☐ 0  ■ 1  ☐ 2 or more.

Enter the amount from IRS Transportation Standards, Operating Costs & Public Transportation Costs for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | 261 |
|---|---|---|---|

| 28. | **Local Standards: transportation ownership/lease expense; Vehicle 1.**  Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)  ■ 1  ☐ 2 or more.

Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, First Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28. **Do not enter an amount less than zero** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, First Car | $ 489 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ 280 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ 209 |

| 29. | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28.

Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, Second Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ 0 |

Form B22C (Chapter13) - (04/07)                                                    2007 USBC, Central District of California

| 30. | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ | 1,775 |
|---|---|---|---|
| 31. | **Other Necessary Expenses: mandatory payroll deductions.** Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as non-mandatory 401(k) contributions.** | $ | 606 |
| 32. | **Other Necessary Expenses: life insurance.** Enter average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life, or for any other form of insurance.** | $ | 406 |
| 33. | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 49.** | $ | 0 |
| 34. | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | 0 |
| 35. | **Other Necessary Expenses: childcare.** Enter the average monthly amount that you actually expend on childcare-such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | 0 |
| 36. | **Other Necessary Expenses: health care.** Enter the average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $ | 40 |
| 37. | **Other Necessary Expenses: telecommunication services.** Enter the average monthly amount that you actually pay for telecommunication services other than your basic home telephone service—such as cell phones, pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | 186 |
| 38. | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37 | $ | 4,362 |

| **Subpart B: Additional Expense Deductions under § 707(b)** |
|---|
| **Note: Do not include any expenses that you have listed in Lines 24-37** |

| 39. | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List and total the average monthly amounts that you actually pay for yourself, your spouse, or your dependents in the following categories. | | |
|---|---|---|---|
| | a. | Health Insurance | $ 44 |
| | b. | Disability Insurance | $ 39 |
| | c. | Health Savings Account | $ 0 |
| | | Total: Add Lines a, b, and c | $ 83 |

| 40. | **Continued contributions to the care of household or family members.** Enter the actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ | 0 |
|---|---|---|---|
| 41. | **Protection against family violence.** Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | 0 |
| 42. | **Home energy costs.** Enter the average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $ | 0 |

| 43. | **Education expenses for dependent children under 18.** Enter the average monthly expenses that you actually incur, not to exceed $137.50 per child, in providing elementary and secondary education for your dependent children less than 18 years of age. **You must provide your case trustee with documentation demonstrating that the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | 0 |
|---|---|---|---|
| 44. | **Additional food and clothing expense.** Enter the average monthly amount by which your food and clothing expenses exceed the combined allowances for food and apparel in the IRS National Standards, not to exceed five percent of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $ | 18 |
| 45. | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ | 23 |
| 46. | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $ | 124 |

| Subpart C: Deductions for Debt Payment | |
|---|---|

| 47. | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. Mortgage debts should include payments of taxes and insurance required by the mortgage. If necessary, list additional entries on a separate page. | | |

| | Name of Creditor | Property Securing the Debt | 60-month Average Payment | | |
|---|---|---|---|---|---|
| a. | First Mortgage Corporation | 19964 Nowata Rd., Apple Valley, CA | $ | 2,184 | |
| b. | CarMax Auto Finance | 2002 Mercedes C240 | $ | 280 | |
| c. | | | $ | | |
| | | | Total: Add Lines a, b, and c | $ | 2,464 |

| 48. | **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |

| | Name of Creditor | Property Securing the Debt in Default | 1/60th of the Cure Amount | | |
|---|---|---|---|---|---|
| a. | | | $ | | |
| b. | | | $ | | |
| c. | | | $ | | |
| | | | Total: Add Lines a, b, and c | $ | 0 |

| 49. | **Payments on priority claims.** Enter the total amount of all priority claims (including priority child support and alimony claims), divided by 60. | $ | 0 |
|---|---|---|---|

| 50. | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | |
|---|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $ | 1,056 |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X | 10% |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | 106 |

| 51. | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ | 2,570 |
|---|---|---|---|

Form B22C (Chapter13) - (04/07)                                                                    2007 USBC, Central District of California

| | **Subpart D: Total Deductions Allowed under § 707(b)(2)** | | |
|---|---|---|---|
| 52. | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 38, 46, and 51. | $ | 7,056 |

| | **Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)** | | |
|---|---|---|---|
| 53. | **Total current monthly income.** Enter the amount from Line 20. | $ | 8,425 |
| 54. | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, included in Line 7, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ | 0 |
| 55. | **Qualified retirement deductions.** Enter the monthly average of (a) all contributions or wage deductions made to qualified retirement plans, as specified in § 541(b)(7) and (b) all repayments of loans from retirement plans, as specified in § 362(b)(19). | $ | 323 |
| 56. | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ | 7,056 |
| 57. | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, and 56 and enter the result. | $ | 7,379 |
| 58. | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 57 from Line 53 and enter the result. | $ | 1,046 |

| | **Part VI: ADDITIONAL EXPENSE CLAIMS** | | |
|---|---|---|---|
| 59. | Other Expenses. List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item.  Total the expenses. | | |

|  | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total:  Add Lines a, b, and c | $ |

| | **Part VII: VERIFICATION** |
|---|---|
| 60. | I declare under penalty of perjury that the information provided in this statement is true and correct.  (If this is a joint case, both debtors must sign.)<br><br>Date: 8/20/08 _____     Signature: /s/Patricia Jennings _____<br>                                                                       (Debtor)<br><br>Date: _____     Signature: _____<br>                                                                       (Joint Debtor, if any) |

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name _____

Address _____

Telephone _____

☐  Attorney for Debtor(s)
☐  Debtor in Pro Per

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
| | Chapter: |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _____

_____
*Debtor*

_____        _____
*Attorney (if applicable)*                *Joint Debtor*

First Mortgage Corporation
3230 Fallow Field Drive
Diamond Bar, CA 91765


CarMax Auto Finance
PO Box 3174
Milwaukee, WI 53201


EdFund
PO Box 419033
Rancho Cordova, CA 95741


Premiere Credit of North America
2002 N. Wellesley Blvd Suite 100
Indianapolis, IN 46219


Franchise Tax Board
State of California
PO Box 94287
Sacramento, CA 94267


California Student Aid Commission
PO Box 419026
Rancho Cordova, CA 95471


Sallie Mae, Inc.
PO Box 9500
Wilkes-Barre, PA 18773

Van Ru Credit Corp
1350 E Touhy Ave
Suite 300E
Des Plaines, IL 60018


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


Department of Education
400 Maryland Ave SW
Washington DC 20202


Department of Treasury
Financial Management Service
PO Box 1686
Birmingham, AL 35201